ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| CAE USA, Inc. | ) ASBCA No. 63248-ADR |
| | ) |
| Under Contract No. FA8223-10-C-0013 | ) |

APPEARANCES FOR THE APPELLANT:     Alexander B. Ginsberg, Esq.
　　　Fried, Frank, Harris, Shriver & Jacobson LLP
　　　Washington, DC

　　　Dinesh Dharmadasa, Esq.
　　　Pillsbury Winthrop Shaw Pittman LLP
　　　Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT:     Caryl A. Potter, III, Esq.
　　　Air Force Deputy Chief Trial Attorney
　　　Michael J. Farr, Esq.
　　　Maj Roza Sheffield, USAF
　　　Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE HERZFELD

Following a successful Board-facilitated mediation on March 12, 2024, the parties have resolved their dispute. On March 13, 2024, the parties jointly moved to have the Board enter a consent judgment in favor of appellant. We grant the request.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,650,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: March 19, 2024

Daniel S Herzfeld
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                                       I concur

OWEN C. WILSON                              J. REID PROUTY
Administrative Judge                        Administrative Judge
Acting Chairman                             Vice Chairman
Armed Services Board                      Armed Services Board
of Contract Appeals                        of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 63248-ADR, Appeal of CAE USA, Inc., rendered in conformance with the Board's Charter.

Dated: March 20, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals